1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10     FRANK B. MAZZARELLE

11          Plaintiff,                    No. CIV S-07-2305 CAS

12     vs.

13     SCHWARZENEGGER, ET AL.

14          Defendants.              <u>ORDER</u>

15 _____/

16       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42

17 U.S.C. § 1983.  Plaintiff has filed an in forma pauperis affidavit in which he states that he is

18 presently employed and that his gross monthly earnings are $0.00.  The Court has considered

19 plaintiff's application and it is hereby DENIED.  The Court concludes that the proposed

20 application is frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(B)(i).

21       Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in

22 federal district court.  28 U.S.C. § 1914(a).  By separate order, the Court will direct the

23 appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward

24 it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty

25 percent of the preceding month's income credited to plaintiff's prison trust account.  These

26 payments will be forwarded by the appropriate agency to the Clerk of the Court each time the

1  amount in plaintiff's amount exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. §

2  1915(b)(2).

3        Accordingly, IT IS HEREBY ORDERED that, within **twenty (20) days** from the date of

4  this order, plaintiff shall submit the appropriate filing fee.  Plaintiff is cautioned that failure to pay

5  the fee may result in dismissal of the instant action without prejudice.

6

7  DATED: July 24, 2012

8

9

10                                  Christina A. Snyder
                              UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26