1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRANK B. MAZZARELLE

11            Plaintiff,                    No. CIV S-07-2305 CAS

12         vs.

13   SCHWARZENEGGER, ET AL.

14            Defendants.                   **\*AMENDED** ORDER

15   _____/

16        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Plaintiff has filed an in forma pauperis affidavit in

18   which he states that he is presently employed and that his gross monthly earnings

19   are $0.00.  The Court has considered plaintiff's application and it is hereby

20   DENIED.  The Court concludes that the proposed application is frivolous within

21   the meaning of 28 U.S.C. § 1915(e)(2)(B)(i).

22        **\*Pursuant to federal statute, a filing fee of $350.00 is required to**

23   **commence a civil action in federal district court.  28 U.S.C. § 1914(a).**

24
25
26

1

Accordingly, IT IS HEREBY ORDERED that, within **twenty (20) days** from the date of this order, plaintiff shall submit the appropriate filing fee. Plaintiff is cautioned that failure to pay the fee may result in dismissal of the instant action without prejudice.

**\*DATED**: **October 12, 2012**

_____
Christina A. Snyder
UNITED STATES DISTRICT JUDGE