JS - 6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK B. MAZZARELLE

    Plaintiff,                     No. CIV S-07-2305 CAS

vs.

SCHWARZENEGGER, ET AL.

    Defendants.              <u>ORDER</u>

_____/

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a request to proceed in forma pauperis, and by order dated October 15, 2012, the Court considered plaintiff's application, and found that it should be denied. Dkt. #15. Accordingly, the Court ordered plaintiff to pay the $350.00 filing fee within twenty (20) days of its October 15 order, and notified plaintiff that failure to pay the filing fee could result in dismissal of this action without prejudice.

      As of the date of this order, plaintiff has not paid the required filing fee. Accordingly, the Court hereby DISMISSES this action without prejudice.

DATED: April 29, 2013

_____
Christina A. Snyder
UNITED STATES DISTRICT JUDGE

1